UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIS MIGUEL CRAWFORD, | No. 2:15-cv-577-EFB P |
| Plaintiff, | |
| v. | ORDER |
| PERRY, et al., | |
| Defendants. | |

On August 4, 2016, this civil rights case was closed for failure to prosecute after plaintiff failed to file an amended complaint, and judgment was entered. ECF Nos. 10 & 11. On August 10, 2016, plaintiff filed an amended complaint and a motion for leave to proceed in forma pauperis. ECF Nos. 12 & 13. The court takes no action on these filings as this case is now closed. Plaintiff is hereby informed that the court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.

Dated: August 11, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE